| | | | | |
|---|---|---|---|---|
| NE PA SMSA LP v. Throop Boro ZHB | 372CD16 | 01/05/2017 | Lackawanna County No. 15–CV–4041 | Reversed and Remanded |
| New Alexandria Boro v. WCAB (Tenerovich) | 567CD16 | 01/05/2017 | Workers' Compensation Appeal Board A14–0938 | Affirmed |
| Crespo v. Lehigh Co. Tax Cl Bureau | 1169CD16 | 01/05/2017 | Lehigh County No. 2013–TX–0008 | Affirmed |
| Clean Air Council v. Uniform Construction | 502MD15 | 01/05/2017 | Original Jurisdiction | Preliminary Objection Sustained |
| Newsome v. DOC | 258MD16 | 01/05/2017 | Original Jurisdiction | Preliminary Objection Overruled |
| Beard v. UCBR | 1154CD16 | 01/05/2017 | Unemployment Compensation Board of Review B–576037–A | Affirmed |
| Yeakley v. WCAB (BBU, Inc.) | 500CD16 | 01/06/2017 | Workers' Compensation Appeal Board A15–1090 | Affirmed |
| Vogelsong v. Capital Area IU/EI Program | 1788CD16 | 01/10/2017 | Office for Dispute Resolution 18090–16–17–AS | Dismissed |
| Mason v. DHS | 1767CD15 | 01/12/2017 | Bureau of Hearings and Appeals, Department of Human Services 512006760–004A | Affirmed |
| MB & R Piping Contractors v. Boro. of E. Brady | 78CD16 | 01/12/2017 | Clarion County 1066–2012 | Affirmed Vacated and Remanded |
| Kemp v. PBPP | 206CD16 | 01/12/2017 | Board of Probation & Parole 52310 | Vacated and Remanded |
| Dickson City Auto Real v. TC Bureau (Coben Prop) | 326CD16 | 01/12/2017 | Lackawanna County 2015–CV–6248 | Affirmed |
| Cartegena v. PBPP | 418CD16 | 01/12/2017 | Board of Probation & Parole Parole No. 250FO | Affirmed |
| Tillman v. PSP | 478CD16 | 01/12/2017 | Attorney General CHR00030 | Reversed and Remanded |
| Miles v. PennDOT | 512CD16 | 01/12/2017 | Philadelphia County January Term, 2015 No. 02762 | Vacated and Remanded |